IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-515-FDW-DCK

| | |
|---|---|
| **MBYTE TECH HONGKONG LIMITED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ADDSHOPPERS, INC.,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Alexander George Ruzzier, concerning Nihat Deniz Bayramoglu on October 25, 2021. Nihat Deniz Bayramoglu seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Nihat Deniz Bayramoglu is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 26, 2021

David C. Keesler
United States Magistrate Judge