UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00515-FDW-DCK

| MBYTE TECH HONGKONG LIMITED, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ADDSHOPPERS, INC., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for a Preliminary Injunction (Doc. No. 6). For the reasons stated in open court on the record after a hearing on Tuesday, November 16, 2021, the motion is DENIED. As also stated at the hearing, the Court intends to assign this case to the fast track as that is defined in this Court's standing orders. The Court DIRECTS Defendant to file an answer by the already-established deadline of December 6, 2021, even if its accompanied by a motion to dismiss. The Court also DIRECTS the parties to conduct the Initial Attorneys Conference as soon as possible after the responsive pleading is filed and to file to Rule 26(f) report no later than Friday, December 10, 2021, so that a case management order can promptly issue.

IT IS SO ORDERED.

Signed: November 16, 2021

Frank D. Whitney
United States District Judge