IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-515-FDW-DCK

| | |
|---|---|
| **MBYTE TECH HONGKONG LIMITED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ADDSHOPPERS, INC., d/b/a MINTY.COM,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Daniel Huynh, concerning Lauren Dugas, on December 16, 2021. Lauren Dugas seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Lauren Dugas is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 16, 2021

David C. Keesler
United States Magistrate Judge