IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-515-FDW-DCK

| MBYTE TECH HONGKONG LIMITED, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ADDSHOPPERS, INC., d/b/a MINTY.COM, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) filed by Alexander George Ruzzier, concerning David Silver, on December 17, 2021. David Silver seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) is **GRANTED**. David Silver is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 17, 2021

David C. Keesler
United States Magistrate Judge