**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-515-FDW-DCK**

| | | |
|---|---|---|
| **MBYTE TECH HONGKONG LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ADDSHOPPERS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Dates Set By Case Management Order" (Document No. 36) filed March 2, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Dates Set By Case Management Order" (Document No. 36) is **GRANTED with modification**. The case deadlines are revised as follows:

|  |  |
|---|---|
| Expert Reports: | |
|     Plaintiff | March 30, 2022 |
|     Defendant | March 30, 2022 |
| Mediation Report: | April 11, 2022 |
| Discovery Completion: | May 23, 2022 |
| Dispositive Motions: | June 10, 2022 |
| Trial Setting: | September 12-30, 2022. |

**SO ORDERED**.

Signed: March 3, 2022

David C. Keesler
United States Magistrate Judge